**FILED**

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0398

BRADLEY BARTHEL,

      Plaintiff and Appellant,

v.

BARRETTS MINERALS INC., and JAMES DELOSRIOS,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Intervenor State of Montana's motion for a 30-day extension of time, and good cause appearing therefor, Intervenor is granted an extension of time to and including January 19, 2021, in which to prepare, serve, and file its response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 7 2020